IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN NICE, :
    Petitioner :
     : No. 1:18-cv-01088
  v. :
     : (Judge Rambo)
WARDEN DAVID J. EBBERT :
    Respondent :

# ORDER

**AND NOW**, this 26th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge